Judge Lasnik

1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

7
8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | NO.  CR05-53L |
| v. | ) ) | STIPULATED ORDER |
| GEORGE RODRIGUEZ RAMIREZ, | ) ) | CONTINUING TRIAL |
| Defendant. | ) ) | |
| _____ | ) | |

By their consent given below approving the entry of this order, and the attached waiver of speedy trial executed by defendant, the government and defendant are agreeable to a continuance of trial from Monday, June 13, 2005, to Monday, October 31, 2005.  The defendant has signed a waiver of speedy trial effective through November 1, 2005.  The parties also stipulate that a continuance is necessary to undertake and complete defendant's mental evaluation, to thereafter conduct a competency hearing, and to ensure effective pretrial and trial preparation, as set forth in the attached motion.  Finally, the parties stipulate that the interests of the public and the defendant in an earlier trial are outweighed by the ends of justice, and that the period of time from June 13, 2005, to November 1, 2005, shall be excludable under Title 18, United States Code, Section 3161(h)(1)(A) and (F), and (h)(8)(B)(iv).

STIPULATED ORDER CONTINUING TRIAL/Ramirez - 1
CR05-53L

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

THE COURT FINDS, based on the stipulation of the parties, that the interests of the public and the defendant in an earlier trial are outweighed by the ends of justice. Accordingly, trial is continued to October 31, 2005, and the time involved in this continuance is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161, from June 13, 2005, to November 1, 2005.

DATED this 13th day of June, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

Approved for entry:

*s/Joanne Y. Maida*
JOANNE Y. MAIDA
Assistant United States Attorney


*approved by telephone*
GEORGE P. TREJO, JR.
Attorney for the Defendant

STIPULATED ORDER CONTINUING TRIAL/Ramirez - 2
CR05-53L

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970