# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-05-053-RSL |
| | ) | |
| Plaintiff, | ) | AMENDED ORDER GRANTING |
| | ) | PSYCHOLOGICAL EXAM OF |
| vs. | ) | DEFENDANT |
| | ) | |
| GEORGE R. RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court for resolution is the defense Motion to Determine Competency of the Defendant to Stand Trial. The Court having considered the submissions, and the Government not opposing the instant motion, hereby ORDERS:

1. Pursuant to 18 U.S.C. 4241 (b), the court orders that a psychological examination of the defendant be conducted, and that a report be filed with the court.

2. A licensed or certified psychologist shall conduct the psychological examination. The Court orders that the medical / psychiatric /psychological staff, at the SeaTac Federal Detention perform the examination.

3. A psychological report shall be prepared by the psychologist and shall be filed with the court with copies provided to the counsel for the defendant and to the attorney for the Government.

ORDER GRANTING PSYCHOLOGICAL
EXAMINATION OF DEFENDANT         - 1-

4. The Report shall include—

    a. the defendant's history and present symptoms;

    b. a description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. the psychologist's findings; and

    d. the psychologist's opinions as to diagnosis, prognosis, and—

        i. whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

        ii. whether the defendant was insane at the time of the offense charged;

IT IS SO ORDERED

Dated this 18th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge