Judge Lasnik

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR05-53L |
| ) | |
| v. ) | |
| ) | STIPULATED ORDER |
| GEORGE RODRIGUEZ RAMIREZ, ) | CONTINUING TRIAL |
| ) | |
| Defendant. ) | |

By their consent given below approving the entry of this order, the government and defendant are agreeable to a continuance of trial from Monday, October 31, 2005, to Monday, March 6, 2006.[1]  The parties also stipulate that a continuance is necessary in order for the Court to conduct a hearing and make suitable findings as to competency and sanity, pursuant to Title 18, United States Code, Sections 4241(d), 4242 and 4247(d), and upon the entry of such findings, to thereafter ensure effective pretrial and trial preparation, as set forth in the attached motion.  Finally, the parties stipulate that the interests of the public and the defendant in an earlier trial are outweighed by the ends of justice, and that the period of time from October 31, 2005, to March, 2006, shall be excludable under Title 18, United States Code, Sections 3161(h)(1)(A), (F), (H) and (J),

---

[1] The parties requested that the trial be continued two more months, until Monday, May 1, 2006.  The Court is not adverse to this possibility, but believes the circumstances as now stipulated can only justify this more limited continuance.  The parties may request another continuance in the future as needed.

STIPULATED ORDER CONTINUING TRIAL/Ramirez - 1
CR05-53L

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

and (h)(8)(B)(iv).

THE COURT FINDS, based on the stipulation of the parties, that the interests of the public and the defendant in an earlier trial are outweighed by the ends of justice. Accordingly, trial is continued to March 6, 2006, and the time involved in this continuance is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161, from October 31, 2005, to March 6, 2006.

DATED this 28th day of October, 2005.

Robert S. Lasnik
United States District Judge

Approved for entry:

*s/Joanne Y. Maida*
JOANNE Y. MAIDA
Assistant United States Attorney

*approved by telephone*
GEORGE P. TREJO, JR.
Attorney for the Defendant

STIPULATED ORDER CONTINUING TRIAL/Ramirez - 2
CR05-53L

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970